| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2004 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial) Graade, Callie V | 2. Court or Organization Southern District of Alabama | 3. Date of Report 6/6/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge -Active | 5. ReportType (check appropriate type) ○ Nomination, Date ● Initial ◉ Annual ○ Final | 6. Reporting Period 1/1/2004 to 12/31/2004 |
| 7. Chambers or Office Address John C. Campbell United States 113 St. Joseph Street Mobile, Alabama 36602 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only, see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust #1 |
| 2. | | |

## II. AGREEMENTS. (Reporting individual only, see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |

RECEIVED 2005 JUN -9 A 11: 08 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME (Reporting individual and spouse, see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2004 | Southwest Bancshares, Inc. (director's fees) |
| 2. 2004 | Stone, Granade & Crosby, P.C. (law firm income) |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

**V. GIFTS.** (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

**VI. LIABILITIES.** (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. First Community Bank | mortgage on real property | J |

| Name of Person Reporting | Date of Report |
|---|---|
| Granade, Callie V | 6/6/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Southwest Bancshares stock (see note) | G | Dividend | P1 | Q | | | | | |
| 2. First Community Bank accounts | B | Interest | L | T | | | | | |
| 3. SouthTrust Bank accounts | A | Interest | J | T | | | | | |
| 4. AmSouth Bank accounts | A | Interest | J | T | | | | | |
| 5. Army Aviation Center Federal Credit Union account | B | Interest | L | T | | | | | |
| 6. 1/3 interest in Virginia Properties, LLC | | None | L | S | | | | | |
| 7. 20% interest in Britton Point LLC | G | Distribution | K | W | | | | | |
| 8. Morgan Stanley brokerage account (see note) | | | | | | | | | |
| 9. -Active Assets Money Mkt. | A | Interest | M | T | | | | | |
| 10. -Microsoft Corp.common stock | D | Dividend | L | T | | | | | |
| 11. -Pfizer, Inc. common stock | C | Dividend | | | Partial Sale | 7/16 | L | E | |
| 12. | | | | | Sale | 8/20 | M | G | |
| 13. -Johnson & Johnson common stock | A | Dividend | | | Sale | 2/25 | K | E | |
| 14. -Marsh & McLennan Cos. common stock | B | Dividend | | | Sale | 10/15 | K | E | |
| 15. -National City Corp. common stock | C | Dividend | M | T | | | | | |
| 16. -Cisco Sys. Inc. common stock | | None | K | T | | | | | |
| 17. -Anheuser Busch common stock | A | Dividend | L | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Granade, Callie V | 6/6/2005 |

## VII. INVESTMENTS and TRUSTS-- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. -Fifth Third Bancorp Ohio common stock | B | Dividend | K | T | | | | | |
| 19. -McData Corp. common stock | | None | J | T | | | | | |
| 20. -Novartis AG common stock | | None | | | Sale | 2/2 | L | E | |
| 21. -Suntrust Bank common stock | A | Dividend | | | Sale | 5/21 | K | | |
| 22. -District Columbia Genl Oblig Defeased Ser B Bond | | None | K | T | Redemption | 2/25 | K | | |
| 23. -Alabama Judicial Bldg AU Rev Bond | | None | M | T | | | | | |
| 24. -Alabama Wtr Pollution Ctl Auth Rev Revolving Fund Ser B B | B | Interest | K | T | | | | | |
| 25. -Lauderdale Cnty & Florence, AL Health Rev. Bond | B | Interest | K | T | | | | | |
| 26. -Alabama St Ser A Genl Obl Bond | B | Interest | L | T | | | | | |
| 27. -Seariver Maritime Def. Interest Debenture zero coupon | | None | M | T | | | | | |
| 28. -Allstate Life Variable Annuity (MS B VA W/MAV DB/5% IB) | | None | L | T | | | | | |
| 29. -BB&T Corp common stock | B | Dividend | | | Partial Sale | 4/27 | K | | |
| 30. | | | | | Sale | 5/21 | K | | |
| 31. -Medtronic common stock | A | Dividend | K | T | | | | | |
| 32. -Myriad Genetic Inc. common stock | | None | J | T | | | | | |
| 33. -Target common stock | A | Dividend | L | T | | | | | |
| 34. -Duke Energy Common stock | A | Dividend | | | Sale | 2/25 | J | | |
| 35. -Harley Davidson Common stock | A | Dividend | K | T | Buy | 7/21 | K | | |

1. Income/Gain Codes:  A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
   (See Columns #1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
   (See Columns C1 and D3)  N = $250,001-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$6,000,000  P2 = $6,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000  P4 = More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
   (See Column C2)  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Granade, Callie V | 6/6/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 36.   -Monsanto Co. stock | A | Dividend | J | T | | | | | |
| 37.   -Sysco Corp stock | B | Dividend | L | T | | | | | |
| 38.   -Teco Energy Common stock | A | Dividend | | | Sale | 4/27 | K | | |
| 39.   -Avery Dennison Corp. Stock | A | Dividend | | | Buy | 2/2 | J | | |
| 40. | | | | | Sale | 11/5 | K | | |
| 41.   -Bank of America Corp. Stock | B | Dividend | K | T | Buy | 7/16 | K | | |
| 42. | | | | | stock div'nd | 8/27 | K | | |
| 43.   -Corporate Executive Board Stock | A | Dividend | K | T | Buy | 5/21 | J | | |
| 44. | | | | | Buy | 7/16 | J | | |
| 45.   -Dell Inc. Stock | | None | L | T | Buy | 1/9 | J | | |
| 46.   -Garmin Ltd. Stock | A | Dividend | K | T | | | | | |
| 47.   -The Advisory Board stock | | None | J | T | | | | | |
| 48.   -Wells Fargo & Co. stock | B | Dividend | K | T | Buy | 2/2 | J | | |
| 49. | | | | | Buy | 7/16 | K | | |
| 50.   -U.S. Bancorp Common stock (see note) | B | Dividend | L | T | | | | | |
| 51.   -Alliance Technology B Mutual Fund | | None | | | Sale | 10/5 | L | | |
| 52.   -Allianceber Growth B Mutual Fund | | None | L | T | Buy | 10/5 | L | | |
| 53.   -American Amcap B Mutual Fund | | None | L | T | Part.Red'm | 12/03 | J | A | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Granade, Callie V | 6/6/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 54. -American Growth Fund of America B Mutual Fund | | None | L | T | | | | | |
| 55. -American Inv Co of America B Mutual Fund | | None | L | T | Part.Red'm | 12/14 | J | A | |
| 56. -Alberto Culver B Co stock | A | Dividend | K | T | Buy | 4/27 | K | | |
| 57. | | | | | Buy | 7/16 | J | | |
| 58. -American Standard Cos. Stock | | None | K | T | Buy | 10/18 | L | | |
| 59. -Amgen Inc. stock | | None | J | T | Buy | 10/18 | J | | |
| 60. -Brown Forman Corp Cl B stock | A | Dividend | K | T | Buy | 5/21 | K | | |
| 61. | | | | | Buy | 7/16 | J | | |
| 62. -Apollo Group Inc A stock | | None | | | Buy | 2/25 | J | | |
| 63. | | | | | Sale | 4/27 | J | B | |
| 64. -Genentech Inc stock | | None | J | T | Buy | 10/18 | J | | |
| 65. -Goldman Sachs Grp Inc stock | | None | J | T | Buy | 11/8 | J | | |
| 66. -Mylan Laboratories Inc stock | A | Dividend | K | T | Buy | 1/9 | J | | |
| 67. | | | | | Buy | 2/2 | J | | |
| 68. | | | | | Buy | 5/21 | K | | |
| 69. -Pepsico Inc stock | | None | K | T | Buy | 10/18 | K | | |
| 70. -Piper Jaffray Cos stock (see note) | | None | J | T | Received | 12/31 | J | | |
| 71. -Sandisk Corp stock | | None | J | T | Buy | 1/9 | J | | |

1. Income/Gain Codes: (See Columns B1 and D4)  A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = 5,001-$15,000   E = $15,001-$50,000   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)  J = $15,000 or less   K = $15,001- 50,000   L = $50,001-$100,000   M = $100,001- 250,000   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000   P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000

3. Value Method Codes (See Column C2)  Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Granade, Callie V | 6/6/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 72. | | | | | Stock div'nd | 2/18 | J | | |
| 73. | | | J | T | Buy | 7/16 | J | | |
| 74. -Stryker Corp stock | | None | L | T | Buy | 2/2 | K | | |
| 75. | | | | | Buy | 2/26 | J | | |
| 76. | | | | | Buy | 4/27 | J | | |
| 77. | | | | | Stock div'nd | 5/14 | J | | |
| 78. -Teva Pharmaceuticals stock | A | Dividend | K | T | Buy | 2/25 | K | | |
| 79. | | | | | Stock div'nd | 6/30 | J | | |
| 80. -The Scotts Company stock | | None | K | T | Buy | 4/27 | K | | |
| 81. | | | | | | | | | |
| 82. -Toyota Motor CP ADR stock | A | Dividend | K | T | Buy | 7/16 | K | | |
| 83. | | | | | Buy | 11/8 | J | | |
| 84. -Wash Real Est Inv Tr Maryland stock | A | Dividend | K | T | Buy | 10/18 | K | | |
| 85. -Wilmington Trust Corp stock | A | Dividend | K | T | Buy | 10/18 | K | | |
| 86. | | | | | Buy | 11/8 | J | | |
| 87. -XM Satellite Radio Hldg Co stock | | None | K | T | Buy | 10/18 | J | | |
| 88. | | | | | Buy | 11/8 | J | | |
| 89. Morgan Stanley Retirement Account | A | Div/Int. | L | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Granade, Callie V | 6/6/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 90. -Pimco Appreciation Fund | | | | | | | | | |
| 91. 1/12 mineral rights, parcel in Washington Cnty, AL | | None | J | W | | | | | |
| 92. 40% interest in Daphne Offices, LLC (see note) | D | Rent | M | Q | | | | | |
| 93. 12.5% interest in office building, Bay Minette, AL (see note) | C | Rent | K | Q | | | | | |
| 94. 26.5% interest in South Baldwin Offices, LLC (see note) | D | Rent | L | Q | | | | | |
| 95. 1/3 int. real estate parcel #1 in Washington Cnty, AL | | None | K | W | | | | | |
| 96. 1/3 int. real estate parcel #2 Washington Cnty, AL | | None | J | W | | | | | |
| 97. Royalty Interest, Richland Parish, LA | | None | J | W | | | | | |
| 98. Royalty Interest, Copiah County, MS | | None | J | W | | | | | |
| 99. Royalty Interest, Harrison County, MS | | None | J | W | | | | | |
| 100. Royalty Interest, Lincoln County, MS | | None | J | W | | | | | |
| 101. Royalty Interest, Madison County, MS | | None | J | W | | | | | |
| 102. Royalty interest, Yazoo County, MS | | None | J | W | | | | | |
| 103. Royalty Interest, Union County, FL (see note) | | None | J | W | | | | | |
| 104. Royalty interest, Pearl River County, MS (see note) | | None | J | W | | | | | |
| 105. Royalty Interest in Jackson County, MS (see note) | | None | J | W | | | | | |
| 106. Royalty Interest in Baldwin County, AL (see note) | | None | J | W | | | | | |
| 107. Royalty Interest in George County, MS (see note) | | None | J | W | | | | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3. Value Method Codes:   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Granade, Callie V | 6/6/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 108. Royalty Interest in Greene County, MS (see note) | | None | J | W | | | | | |
| 109. Royalty Interest in Bradford County, FL (see note) | | None | J | W | | | | | |
| 110. Royalty Interest in Mobile County, AL (see note) | | None | J | W | | | | | |
| 111. Morgan Keegan SEP/IRA | A | Dividend | L | T | | | | | |
| 112. -Buckeye Technologies common stock | | | | | Buy | 10/7 | J | | |
| 113. | | | | | Buy | 12/27 | J | | |
| 114. -Energy South common stock | | | | | | | | | |
| 115. -St. Joe Paper common stock | | | | | Sale | 12/22 | K | E | |
| 116. -Stone Energy Corp stock | | | | | Buy | 12/27 | J | | |
| 117. -Servicemaster Company stock | | | | | Buy | 12/27 | J | | |
| 118. -Drey Money Market | | | | | | | | | |
| 119. First Trust Corp. Datalynx IRA account | C | Div. & Int. | M | T | | | | | |
| 120. -Sequoia Fund | | | | | Partial Sale | 6/30 | J | | |
| 121. | | | | | Buy | 6/21 | J | | |
| 122. | | | | | Partial Sale | 9/29 | J | | |
| 123. -First Trust Money Market account | | | | | | | | | |
| 124. -Dodge & Cox Stock Fund | | | | | | | | | |
| 125. -First Eagle Sogen Global Fund Class A | | | | | Partial Sale | 12-31 | J | | |

1. Income/Gain Codes: (See Columns B1 and D4) A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
   F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes: (See Columns C1 and D3) J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000  N = $250,001-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000  P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000
3. Value Method Codes (See Column C2) Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market  U = Book Value  V = Other  W = Estimated

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g. div, rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. (2) Date Month - Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 126. -First Eagle Global Fund Class I | | | | | | | | | |
| 127. -Turner Micro Cap Growth Fund | | | | | | | | | |
| 128. -Matthews Pacific Tiger | | | | | | | | | |
| 129. -Longleaf Partners Fund | | | | | Sale | 3/30 | J | | |
| 130. Trust #1 (See note)(See part 1. Line 1) | | None | M | T | | | | | |
| 131. Trust #2 (See note) | | None | P1 | Q | | | | | |
| 132. -Southwest Banc shares stock | | | | | | | | | |
| 133. General Mills stock | A | Dividend | | | Donated | 12/29 | J | | |
| 134. Salomon Smith Barney Brokerage Account | | | | | | | | | |
| 135. -GE Live & Annuity annuity | | None | K | T | | | | | |
| 136. Pennsco Sep IRA | | None | K | T | | | | | |
| 137. -Pennsco cash | | | | | | | | | |
| 138. -Hole in One LLC | | | | | | | | | |
| 139. Stone, Granade & Crosby, P.C. 401(k) (see note) | | None | K | T | | | | | |
| 140. -American Funds Growth F | | | | | | | | | |
| 141. -Artisan Intl | | | | | | | | | |
| 142. -Dreyfus Midcap Index | | | | | | | | | |
| 143. -Columbia Acorn Z (formerly Liberty Acorn Z) | | | | | | | | | |

1. Income/Gain Codes: (See Columns B1 and D4)
A = $1,000 or less
B = $1,001-$2,500
C = $2,501-$5,000
D = $5,001-$15,000
E = $15,001-$50,000
F = $50,001-$100,000
G = $100,001-$1,000,000
H1 = $1,000,001-$5,000,000
H2 = More than $6,000,000

2. Value Codes: (See Columns C1 and D3)
J = $15,000 or less
K = $15,001-$50,000
L = $50,001-$100,000
M = $100,001-$250,000
N = $250,000-$500,000
O = $500,001-$1,000,000
P1 = $1,000,001-$5,000,000
P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000
P4 = More than $50,000,000

3. Value Method Codes: (See Column C2)
Q = Appraisal
R = Cost (Real Estate Only)
S = Assessment
T = Cash/Market
U = Book Value
V = Other
W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Granade, Callie V | 6/6/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5 Identity of buyer/seller (if private transaction) |
| 144.   -Pimco Total Return | | | | | | | | | |
| 145.   -Schwab S&P 500 E. Shares | | | | | | | | | |
| 146.   -Van Kampen Comstock A | | | | | | | | | |
| 147.   -Weitz Value | | | | | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001 $15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001 $1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

Part VII, Line 1: Appraisal (stock valuation) of stock value as of 12/31/2004.

Part VII Line 8: Formerly reported as Morgan Stanley Brokerage account #1. It's now the only Morgan Stanley Brokerage account. The formerly reported Morgan Stanley Brokerage Account #2 belonged to ▮▮▮▮ no longer a dependent.

Part VII, Lines 50 & 70: Piper Jaffray stock received as a distribution from US Bancorp which is reported on Part VII, Line 49. Included in this distribution was $27.65 received in lieu of a fractional share.

Part VII, Line 92.: Daphne Offices, LLC owns an office building in Daphne, AL, appraised on 8/6/02 at $300,000. 40% interest = $120,000

Part VII, Line 93: Office Building in Bay Minette, AL appraised on 6/9/01 at $270,000. 12.5% interest = $33,750

Part VII, Line 94: South Baldwin Offices, LLC owns an office building and lot in Foley, AL, appraised in April 2002 for $210,000. 26.5% interest = $55,650

Part VII, Line 130: The only asset in the trust is a permanent life insurance policy.

Part VII, Line 131: The only asset in the trust is stock of Southwest Banc shares, some of which was a gift from a relative, and the rest purchased. The value of the Trust is derived from an appraisal of the stock value as of 12/31/2004. There is no income from the Trust currently going to any reportable beneficiary. Income was reported on last year's report, but should not have been, since the income from the Trust currently goes directly to a third party, not reportable.

Part VII, Line 139. This is a 401k Plan at ▮▮▮▮ law firm. It is administered by Geller Group, Ltd. and issues reports quarterly. Income was reported in error last year as there was none.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature _____          Date ___6/6/05___

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544